UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

**JUAN GONZALEZ,**

Plaintiff,

vs.

**FINANCIAL CREDIT NETWORK, INC.,**

Defendant.

CASE NO.: **1:10-cv-02221-AWI-SKO**

**ORDER OF DISMISSAL**

## ORDER OF DISMISSAL

Upon finding that on March 25, 2011, Plaintiff Juan Gonzalez filed Notice of Acceptance of Defendant's Offer of Judgment, pursuant to Federal Rule of Civil Procedure 68(a), the above-entitled case is dismissed, in its entirety, with prejudice. The Clerk of The Court is ordered to enter judgment pursuant to Federal Rule of Civil Procedure 68(a).

IT IS SO ORDERED.

Dated:   October 17, 2011 _____

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL